UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Michael Cozzi, et al.
                                      Plaintiff,

v.                                              Case No.: 1:21–cv–00998
                                                            Honorable Steven C. Seeger

Village of Melrose Park, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 5, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the recent filing by Plaintiff (Dckt. No. [15]), a decision by the Administrative Hearings Department for the Village of Melrose Park. It appears that the Village dismissed 27 citations against the Cozzi family. But the amended complaint alleges that "Defendants issued Plaintiffs over 62 bogus tickets." See First Am. Cplt., at para. 1 (Dckt. No. [14]). So it appears that 35 citations might remain outstanding. By April 12, Plaintiffs shall file a statement that explains how the dismissal of the citations impacts this case, and reveals whether Plaintiffs are currently pursuing an administrative remedy for any of the remaining tickets. The Court sets a hearing for April 14, 2021 at 9:30 a.m. The parties should be prepared to discuss the case, including the possibility of an early resolution. Members of the public and media will be able to call in to listen to this hearing. The call–in number is (888) 684–8852 and the access code is 9369830. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.