IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL COZZI, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 21 CV 00998 |
| | ) |
| VILLAGE OF MELROSE PARK, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION TO SET DEADLINES WITH RESPECT TO ANSWER OR RESPONSIVE PLEADING TO AMENDED COMPLAINT**

NOW COME the Defendants by and through their attorney Cynthia S. Grandfield of Del Galdo Law Group, LLC and in support of their motion states:

1. This complaint is brought related to code enforcement and parking tickets the Plaintiffs received in 2020 and 2021 and brings counts for: (1) §1983 Equal Protection "Class of One"; (2) §1983 Due Process Violations; (3) §1983 First Amendment claims; (4) §1983 First Amendment Retaliation; and (5) Indemnification.

2. On March 19, 2021, the Defendants filed an unopposed motion for an extension of time to answer or otherwise plead to the original complaint. See Dkt. No. 12.

3. On March 22, 2021, the Court granted the motion and the answer or responsive pleading was due on April 12, 2021. See Dkt. No. 13.

4. On March 23, 2021, the Plaintiffs filed an amended complaint. See Dkt. No. 14.

4. On April 5, 2021, the Court entered an order requiring the Plaintiffs to file a statement by April 12, 2021 with respect to certain citations and if they intended to pursue administrative remedies. The Court further set the matter for status on April 14, 2021 to discuss the case. See Dkt. No. 16.

5. The form of the answer or responsive pleading to the amended complaint may be effected by the contents of Plaintiffs' statement and the status hearing set for April 14, 2021.

6. Thus, Defendants would like to set a date certain for filing an answer or responsive pleading to the amended complaint at the status hearing currently set for April 14, 2021.

7. Defense counsel has conferred with opposing counsel and they have no objection to this motion.

WHEREFORE, Defendants respectfully request that a date certain for an answer or responsive pleading to Plaintiffs' amended complaint be set at the status hearing on April 14, 2021.

> Respectfully submitted,
> Defendants
>
> By: */s/ Cynthia S. Grandfield*
> Cynthia S. Grandfield

K. Austin Zimmer
Cynthia S. Grandfield (ARDC No. 6277559)
DEL GALDO LAW GROUP, LLC
grandfield@dlglawgroup.com
(312) 222-7000 (t)
*Please direct all mailings to:*
1441 S. Harlem Avenue
Berwyn, Illinois 60402