**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Michael Cozzi, et al.

Plaintiff,

v.

Village of Melrose Park, et al.

Defendant.

Case No.: 1:21–cv–00998
Honorable Steven C. Seeger

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 14, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on April 14, 2021. By April 28, 2021, Defendants must file a statement about the alleged complaints made by neighbors about Plaintiffs' property. For each separate complaint, the statement must reveal when the complaint was made, and whether the complaint was oral or written, and must state the subject matter of the complaint. Defendants must provide detailed support for the representation to the Court that there were a "lot of complaints from neighbors," as represented by defense counsel at the hearing. Defense counsel must attach a copy of any written complaints from the neighbors. Defendants' unopposed motion to set deadlines with respect to answer or responsive pleading to amended complaint (Dckt. No. [17]) is hereby granted. Defendants shall respond to the amended complaint by April 28, 2021. The deadline to file the joint initial status report by May 10, 2021, remains in place. The Court directs all parties to preserve all relevant evidence, including without limitation any documents, emails, texts, phone records, voicemails, government records of any kind, or any other material that relates to the allegations of the complaint and the dispute between Plaintiffs and the Defendants. This preservation obligation includes, without limitation, government phones and personal phones. In particular, the Court directs the Village of Melrose Park and Defendant Serpico to preserve any and all documents and other material that relate to any member of the Cozzi family. The Court directs counsel to explain the preservation obligations to their respective clients. By April 23, 2021, each party must sign and file a certification acknowledging that the party understands and agrees to follow this Court's preservation order. The certification must be signed by each party, not by counsel. A failure to preserve evidence may lead to appropriate relief. Down the road, Defendants should be prepared to give a detailed explanation for each and every ticket issued to the Cozzi family. The Court will set the case calendar after receipt of the Joint Initial Status Report on May 10, 2021. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.