IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael Cozzi, Vincent Cozzi, and Angeline Cozzi,<br><br>　　Plaintiffs,<br><br>v.<br><br>Village of Melrose Park, an Illinois Municipal Corporation, VMP Department of Administrative Hearings, VMP Dept. of Code Enforcement, and Ronald Serpico, in his individual capacity,<br><br>　　Defendants. | Case No: 1:21-cv-00998<br><br>Jury Trial Demanded |

**Plaintiffs' Acknowledgement of Preservation Obligations**

　　I acknowledge my obligation to preserve all documents including the following: 1) business records, 2) paper, digital, or electronic files, 3) data generated by and/or stored on my computers and storage media (e.g., hard disks, zip drives, electronic files), 4) any other electronic data, such as: voice mails, text messages, emails, digital/analog audio recordings, 5) any related physical evidence, 6) any form of video recordings, and 7) and other documents that are within my possession or control and might be relevant to my claims against the Defendants Village of Melrose Park or Ronald Serpico. My obligation to preserve evidence means, among other things, that I cannot destroy any documents including computer data, nor can I replace, alter, "wipe," or "clear" my computer hard drive if any such information may be relevant to this matter.

　　The undersigned acknowledges and understands each of his or her preservation obligations regarding any relevant documents related to the above-captioned matter.

1

DocuSign Envelope ID: B1477B81-ABD1-4AF3-90A5-756B1A811F1D

| Plaintiff | Signature | Date |
|---|---|---|
| Vincent Cozzi | *[signature]* Vincent J Cozzi (Apr 23, 2021 15:49 CDT) | Apr 23, 2021 |
| Angeline Cozzi | *[DocuSigned signature]* F054789DFFD842F... | 4/23/2021 |
| Michael Cozzi | *[DocuSigned signature]* F054789DFFD842F... | Apr 23, 2021 |

DocuSign Envelope ID: B1477B81-ABD1-4AF3-90A5-756B1A811F1D

# Please_DocuSign_Cozzi_Acknowledgement

Final Audit Report                                              2021-04-23

| | |
|---|---|
| Created: | 2021-04-23 |
| By: | Gianna Scatch (gia@lawfirm.gs) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAUdJUie_OJWXZHVK0GAF6OVTJ1VlWPq3w |

## "Please_DocuSign_Cozzi_Acknowledgement" History

- Document digitally presigned by DocuSign\, Inc. (enterprisesupport@docusign.com)
  2021-04-23 - 8:23:58 PM GMT- IP address: 207.237.192.61

- Document created by Gianna Scatch (gia@lawfirm.gs)
  2021-04-23 - 8:25:17 PM GMT- IP address: 207.237.192.61

- Document emailed to Vincent J Cozzi (mikecozzi369@gmail.com) for signature
  2021-04-23 - 8:26:38 PM GMT

- Email viewed by Vincent J Cozzi (mikecozzi369@gmail.com)
  2021-04-23 - 8:41:18 PM GMT- IP address: 74.125.212.159

- Document e-signed by Vincent J Cozzi (mikecozzi369@gmail.com)
  Signature Date: 2021-04-23 - 8:49:01 PM GMT - Time Source: server- IP address: 174.248.89.210

- Agreement completed.
  2021-04-23 - 8:49:01 PM GMT

Adobe Sign



## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: B1477B81ABD14AE290A5756B1A811F1D | | Status: Completed |
| Subject: Please DocuSign: Please_DocuSign_Cozzi_Acknowledgement - Final.pdf | | |
| Source Envelope: | | |
| Document Pages: 7 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 2 | Initials: 0 | Gianna Scatchell |
| AutoNav: Enabled | | 360 W Hubbard Street 1404 |
| EnvelopeId Stamping: Enabled | | 1404 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | Chicago, IL  60654 |
| | | support@lawfirm.gs |
| | | IP Address: 207.237.192.61 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>             4/23/2021 2:02:59 PM | Holder: Gianna Scatchell<br>             support@lawfirm.gs | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Michael Cozzi<br>mikecozzi369@gmail.com<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>*MAC*<br>F054789DFFD842F...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 174.248.89.210<br>Signed using mobile | Sent: 4/23/2021 2:04:31 PM<br>Viewed: 4/23/2021 2:06:03 PM<br>Signed: 4/23/2021 2:06:38 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Gianna Scatchell<br>gia@dispartilaw.com<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 4/23/2021 2:04:31 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 4/23/2021 2:04:31 PM |
| Certified Delivered | Security Checked | 4/23/2021 2:06:03 PM |
| Signing Complete | Security Checked | 4/23/2021 2:06:38 PM |
| Completed | Security Checked | 4/23/2021 2:06:38 PM |