UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL COZZI, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 21 CV 00998 |
| | ) | |
| VILLAGE OF MELROSE PARK, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**STATEMENT PURSUANT TO DOCKET NO. 19
ENTERED ON APRIL 14, 2021**

*Summer of 2020* – Village begins receiving phone calls about the Cozzi property at the mayor's office via the mayor's secretary Patti Dindia and at code enforcement via Claudia Rafaelli and Bill Campanelli concerning clutter on the lawn, which includes several plastic and folding chairs that are left out continuously even when not in use, as well as several hundred cigarette butts, garbage cans and tables. The Cozzis have lived at the property since mid- to late-2019. The Cozzis previously lived at another residence in the Village. The Village receives approximately 3 anonymous calls and 1 known caller.[1] The calls are anonymous in the sense that people are calling to complain but not leaving their name. The known caller is

---

[1] These were all calls and not emails. The Village does not generally keep a log of these types of complaints received or other written documentation. Once a complaint call is received the relevant department (i.e., police, code enforcement, etc.) is advised of the complaint and staff from that department goes out to handle it. This is partly because of the volume of complaints received and volume of citations issued. For example, with the warmer weather, the Village just put 300 warning stickers on properties for failure to maintain their lawn/mow the grass.

1

Susan Bartello Trombetta. She used to own the property which she inherited from her mother when her mother passed away in 2019 in her eighties. Her mother is believed to have lived there approximately sixty years. Ms. Bartello Trombetta stated that she received several calls from existing neighbors regarding a large amount of clutter that is being left out in front of the property, which included several plastic and folding chairs that are left out continuously, as well as several hundred cigarette butts, a garbage can, and tables, and that it generally looked like "crap." Ms. Bartello Trombetta was particularly upset because that was her mother's house, she grew up in that house, and Ms. Bartello Trombetta felt it was always kept in good condition when her mother owned the property.

*August 5, 2020* – Village issues 2 tickets to Cozzi property for unsanitary conditions and a nuisance.

*Later Summer 2020 (after initial complaints are received)* – Assistant Fire Chief Bill Campanelli of Code Enforcement went to the residence and met with Michael along with Phil Nocita, another inspector for Code Enforcement. Campanelli asked him to please just put away the several chairs and fold them up when they were not in use. Michael complied and Campanelli helps Michael clean up the chairs while there by folding some of them up and putting them in the backyard along the fence.

*August 22, 2020* – Village dismisses both tickets based on compliance as the property was cleaned up as described above.

*Approximately November 2020* – Village again starts receiving anonymous telephone complaints about clutter on the outside of the property in the front yard,

which again include several chairs that are left out continuously even when not in use, and now Halloween decorations that have not yet been taken down. The Village is not certain as to the number of calls that were received. The Village receives these complaints via calls to the Mayor's office via the mayor's secretary Patti Dindia and including an additional complaint by Susan Bartello Trombetta that was received by Bill Campanelli at Code Enforcement. The Village's code enforcement staff goes out there, observes the clutter, and speaks to Michael Cozzi and asks him to clean up. He refuses.

*December 1, 3, 10-11, 17-18, 21-24, 28-31, 2020* - Village staff issues daily citations for nuisance due to cluttered lawn area at Cozzi property and requests the owner clean up the property. Photos of condition of property taken. Based on the photos, there appear to be approximately seven chairs, five of which are folding chairs, and several Halloween decorations such as silver spray-painted pumpkins.

*Approximately December 2020* – The Village receives phone complaint(s) regarding cars being parked illegally on the street that the Cozzis live on at the Mayor's office.[2] It was not specific to any of the Cozzis or the Cozzi residence. Police

---

[2] The Village is not certain if it was one complaint or more than one. Thus, it is indicated as either.

Director Pitassi receives the complaint and advises Officer Verde of the complaint(s). Officer Verde writes handwritten note to Cozzi.[3]

*January 5, 2021* - Hearing for 1st 11 citations issued before the Village's administrative hearing officer. No one appears on behalf of the property owners. An ex-parte judgment is entered against the owners by the hearing officer for each citation that is entered and continued to February 2, 2021 for final adjudication.

*January 4-8, 11-15, 19-22, 25-28* - Village issues additional citations to Cozzi property for a nuisance based on cluttering the front lawn.

*February 2, 2021* – New photos are taken the morning before the afternoon hearing. Hearing for additional 20 citations issued since the last administrative adjudication date before the Village's administrative hearing officer. Michael Cozzi appears. Inspector appears and states that despite repeated requests the items had not been removed. Photographs showing the various items were presented. In an effort to resolve the matter, the hearing officer and the inspector both request that the items be removed. Michael refuses until a financial dispute is resolved with his brother Joe. Thus, because Michael refuses to comply judgment is entered on the initial 11 citations issued in December, as well as the additional 20 from January, for a total of judgment on 31 citations.

---

[3] The Village received a FOIA request from Plaintiff Michael Cozzi on February 2, 2021 requesting all emails related to his property. The Village did a search and did not locate any. Cozzi then sent the Village a copy of this handwritten note. See, e.g., Dkt. No. 14, ¶39. The Village spoke to Officer Verde regarding the note to make sure that they had not missed something. Officer Verde stated that he just assumed they were emails, as opposed to calls, but did not see any emails and was not personally aware of any emails.

*February 4, 2021* – While not an official site of the Village, Dina Serpico, a Human Resources Assistant at the Village, became aware that neighbors were posting in a Facebook Group entitled "Melrose Parkers" regarding Cozzi and the property they now reside at in Village. The posts are attached as *Exhibit A*.

*February 4, 5, 8-12, 16-19, 22-26* - Village issues additional citations for nuisance based on cluttered lawn area to Cozzi property.

*February 22, 2021* – Note made by code enforcement on front of folder containing citations for Cozzi property that "all or most of clutter covered in snow."

*March of 2021* – Additional citations are issued by code enforcement for front lawn clutter creating a nuisance at Cozzi property as there is no compliance.

*March 2, 2021* – New photos taken of Cozzi property by Code Enforcement just prior to the hearing that show Halloween decorations no longer there and less chairs out front.

*March 2, 2021* – Hearing before administrative hearing officer for 27 additional citations since last hearing. All 27 citations are dismissed based on compliance as the Cozzis cleaned up the property as indicated in the photos.

Respectfully submitted,
                                             Defendants

                                             By: */s/ Cynthia S. Grandfield*
                                                 Cynthia S. Grandfield

K. Austin Zimmer
Cynthia S. Grandfield (ARDC No. 6277559)
DEL GALDO LAW GROUP, LLC
grandfield@dlglawgroup.com
*Please direct all mailings to:*
1441 S. Harlem Avenue
Berwyn, Illinois 60402