
 **Melissa Garcia**
What a baby going to the news station. Just move your furniture already. Don't you have a backyard?

1h   Like   Reply                         3 

 **Sue Bartello Trombetta**
Melissa Garcia No because he is a HOARDER and there is too much crap back there!!!   The village should cite him, until HE (Cozzi) stops breaking the law and thinking HE is above it!!!!!

1h   Like   Reply                         1 

 **Kristin Marjorie**
Sue Bartello Trombetta there is code enforcement for a reason does he not understand that?

1h   Like   Reply                         1 👍

 **Sue Bartello Trombetta**
Kristin Marjorie NO!  I haven't come out about this yet but here goes.....That house at 1609 n. 15th was the house I was born and raised in.  When my Mom passed 4\19 I had to sell it.  A house they lived in for 60 years.  I sold it to Mike Cozzi's parents NOT him.  Since then I have painfully watched him

Rules

 Write a comment...             

          

**EXHIBIT A**


Kristin Marjorie NO. I haven't come out about this yet but here goes.....That house at 1609 n. 15th was the house I was born and raised in. When my Mom passed 4\19 I had to sell it. A house they lived in for 60 years. I sold it to Mike Cozzi's parents NOT him. Since then I have painfully watched him flagrantly disrespect the law and ordinances of Melrose. Also posting on his page a blatant disrespect for our Mayor. (Just watch his videos) all because his hatred and need for revenge on Ronnie Serpico which has gone on for YEARS! My parents are rolling over in their graves for sure.

1h  Like  Reply                                  2 

 **Joseph Giamarusti**
Sue Bartello Trombetta I Remember Your Family, I was at 1608.

42m  Like  Reply

 **Sue Bartello Trombetta**
Joseph Giamarusti so you get it? Have you seen the crap Mike Cozzi has put there? And don't forget he even admitted on that tape for "doing it on purpose"! Can only imagine what the neighbors NOW think

Rules

   
     

 **Melrose Parkers**
Group post by Joe Salvino · Feb 4

A video previously posted by a member was removed. The recording was clearly without the consent of all parties. Illinois is a two-party consent state. Just because the video was titled "village meeting" doesnt mean it was truly a public village meeting. The video is simply audio and there is no clarity on the context of this "meeting".

👍 Like    💬 Comment

👍😂❤️ Colleen Lorenzo and 48 others

 **Patricia Kotal Camaioni**
Thank you for keeping the integrity of the group....it's much appreciated...
11w   Like   Reply            11 👍❤️😂

 **Sue Bartello Trombetta**
Perfect!!!!   Let's just all remember this groups name:
I'M PROUD TO BE A MELROSE PARKER and not use it for gossip for someone's hidden agenda
11w   Like   Reply            16 👍

 **Vince Del Vescovo**
Salute
11w   Like   Reply            3 👍

 **Ron Boni**
The right thing to do

Write a comment...


11w  Like  Reply                                          2 👍

 **Kristin Marjorie**
People need to stop acting like they haven't spoken hurtful or derogatory language towards someone or about someone. Not one person is innocent of this. Not one. We do not have all the facts so we need to calm down. This group is "I'm proud to be a Melrose Parker", if you aren't then leave... 👋🏽

11w  Like  Reply                                    23 👍😆

 **Patricia Kotal Camaioni**
**Kristin Marjorie** Exactly...lotta pots calling the kettle black here...!!!

11w  Like  Reply                                          4 👍

 **Natalie Vazquez**
it was unprofessional, regardless

11w  Like  Reply                                         12 👍

 **Kristin Marjorie**
**Natalie Vazquez** so you have never acted or spoken unprofessionally in your life? You've always done and said the right thing? This isn't news. This is a society divided and people keep adding fuel to the fire. We need to stop acting so surprised by actions being made everywhere by any human being. Doesn't matter who you are. Everyone

Write a comment...



**Melrose Parkers**
Group post by Joe Salvino · Feb 4 ·

**Kristin Marjorie**
Natalie Vazquez so you have never acted or spoken unprofessionally in your life? You've always done and said the right thing? This isn't news. This is a society divided and people keep adding fuel to the fire. We need to stop acting so surprised by actions being made everywhere by any human being. Doesn't matter who you are. Everyone talks out of turn and it's been going on for years and decades. If you're so torn up about it then why are you in a group about being proud to be a Melrose Parker?

11w   Like   Reply                    3 👍

**Natalie Vazquez**
No one said anything about not being a proud Melrose Parker lmao a courthouse is a professional environment

11w   Like   Reply                    9 👍

**Alexander Adame**
Kristin Marjorie yes of course we all have said stupid stuff but the point here is that he is the mayor and in that position he should act the correct way. But he should just resign check out his news story what a lame apology 🤦‍♂️

Write a comment...

**Melrose Parkers**
Group post by Joe Salvino · Feb 4 ·



11w  Like  Reply  3

**Sue Bartello Trombetta**
Natalie Vazquez READ.........it was taken down due to NO PROOF it was in the courthouse at all!!!!!!! And not just a recorder hidden in a pocket!

11w  Like  Reply  2

**Wilhelm Manzinetti**
Sue Bartello Trombetta Then why did he apologize on the news if there was no proof?

11w  Like  Reply  4

**Sue Bartello Trombetta**
Wilhelm Manzinetti checkout the "choirboy's page \videos. (Mike Cozzi). This guy has been harassing the Mayor\village for years! Enough was enough! He obviously set up the Mayor for his own vendetta!

Write a comment...

**Melrose Parkers**
Group post by Joe Salvino · Feb 4 ·

**Wilhelm Manzinetti**
Sue Bartello Trombetta even if he was set up as you say. that man never couldve known the mayor would use a racial slur.

11w   Like   Reply

**Sue Bartello Trombetta**
Wilhelm Manzinetti yes he would! He grew up with Ronnie and knew how to push his buttons. Curious..have you watched Cozzi's videos for the past year? His parents house in which he just happens to live in, looks like shit from the outside, ever since the purchased it over a year or so! The village has been citing him for legitimate violations since.

11w   Like   Reply                     2

**Wilhelm Manzinetti**
Sue Bartello Trombetta Im not really interested in whatever quarrel youre trying to pitch. I simply cant get over the deflection and lack of outrage here because people know the mayor. Racist comments are not acceptable in 2021 doesnt matter the circumstance

11w   Like   Reply                    10

**Vianett Alfaro**

10:36



**Melrose Parkers**
Group post by Joe Salvino · Feb 4

**Vianett Alfaro**
Wilhelm Manzinetti the fact that anyone wants to justify a racial slur being used in ANY setting Is ridiculous. 🤦‍♀️

11w    Like    Reply    10 👍

**Joseph Giamarusti**
Kristin Marjorie Absolutely, in private conversations people use all kinds of derogatory words.
To this day I meet people who were taught not to say any ethnic slurs but find it perfectly acceptable to say " Dago, Pollack, and Hillbilly" as easily as saying "Milk, Eggs and Butter."

11w    Like    Reply    1 👍

**Ann Iusi**
Kristin Marjorie he is an elected official it starts with acceptance at the lower level and continues on

11w    Like    Reply    3 👍

**Christine Steenbergen**
Sue Bartello Trombetta totally agree. And Cozzi even stated he will keep coming to the meetings. This was a set up with the recorder and all and knew exactly how to quickly get it on the news. If Cozzi would just comply with



 **Melrose Parkers**
Group post by Joe Salvino · Feb 4 ·  

11w  Like  Reply                          3 

**Christine Steenbergen**
Sue Bartello Trombetta totally agree. And Cozzi even stated he will keep coming to the meetings. This was a set up with the recorder and all and knew exactly how to quickly get it on the news. If Cozzi would just comply with village ordinances like everyone else has to do he would not be given tickets. He's a joke!

11w  Like  Reply                          2 

**Sue Bartello Trombetta**
Christine Steenbergen absolutely! Watch Cozzi's videos on his page for the past year. HE has been driving around town stalking not only the Mayor, but even our Police, all while saying 'the STORM is coming'. Our Mayor was set up with 'someone' hiding his recorder....hmm wonder what was said prior to 'that person' hitting record, as well as where this confrontation actually happened......

11w  Like  Reply                          1 

**Christine Steenbergen**
Sue Bartello Trombetta I was thinking the same thing and you know there was more to it. I did go and watch his

 Write a comment...   

     

## Melrose Parkers
Group post by Joe Salvino · Feb 4

> as well as where this confrontation actually happened......

11w  Like  Reply  1 👍

**Christine Steenbergen**
Sue Bartello Trombetta I was thinking the same thing and you know there was more to it. I did go and watch his videos and he sure put a lot of time into stalking....time he could have spent cleaning up his property. I'm not saying Ron was totally right BUT I can see where he was coming from and he is getting an unjustified rap. And one must realize this was not a court setting like at the Daley Center but a local code enforcement hearing.

11w  Like  Reply  1 👍

**Sara L Neiman**
Going to he on ch 7 news

11w  Like  Reply  2 👍

**Sylvia Vitale**
He was.

11w  Like  Reply