UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL COZZI, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 21 CV 00998 |
| ) | |
| VILLAGE OF MELROSE PARK, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION PURSUANT TO DOCKET NOS. 19, 23**

1. On April 15, 2021, an email was transmitted to all the relevant Departments (i.e. Police, Code, HR, Mayor/Secretary) advising their departments to preserve the following categories:

(a) any and all communications related to complaints received by the Village related to 1609 N. 15th Avenue -this includes letters, emails, text messages, voicemails, or handwritten notes.

(b) any and all communications related to complaints received by the Village related to Vincent Cozzi, Angeline Cozzi, or Michael Cozzi - again this includes letters, emails, text messages, voicemails, or handwritten notes.

(c) any and all personal or private phone records related to any of the Cozzis records of calls, voicemails, or text messages.

(d) Copies of all citations to 1609 N. 15th Avenue and/or any and all citations issued to the Cozzi's as well as any records related to the result of the citations.

(e) Any recordings of any hearings involving the citations issued to 1609 N.

15th Avenue or the Cozzis.

2. An additional email was sent on April 15, 2021, requesting the following be preserved: any photos of the violations for which citations were issued, whether they have been printed out, exist digitally in the cloud or similar, or on someone's phone or computer.

3. Village employees, Bill Campanelli, Assistant Fire Chief of Code Enforcement, Claudia Rafaelli, Code Enforcement Support Staff, and Dina Serpico, Human Resources Assistant, all spoke to defense counsel as to what documents were available or existed and the duty of preservation between April 14-23.

4. Mayor Ronald Serpico also spoke to defense counsel as to what documents were available or existed and the duty of preservation on April 21, 2021. He was also advised to preserve any cell phone data.[1]

5. All police personnel were advised during roll call of the duty to preserve related to the Cozzis between April 15-23, 2021.

6. All police reports related to the Cozzis have been reviewed and retained in police department records.

7. All citations and records related to those citations have been reviewed and retained.

8. All parking ticket and records related to those tickets have been reviewed and retained.

---

[1] With respect to paragraphs 3 and 4, Defendants expressly reserve and do not waive attorney-client privilege.

9. Individuals specifically referenced in the complaint were individually notified of their duty to preserve related to the Cozzis at or around April 15, 2021.

10. An email search for any emails related to the Cozzi address was conducted in February of 2021 related to a FOIA request of Michael Cozzi by the Vilage. However, an additional search was again conducted by the outside IT department.

11. The Village has also ensured that to the extent digital information exists, such as email, no deletion of relevant data for purposes of this case will occur.

12. Additionally, after the Court's entry of its April 26, 2021 order, the undersigned were again advised of their duty to preserve in relation to this case and in compliance with the Court's April 14, 2021 order.

13. All of the undersigned have been provided a copy of the Court's April 14, 2021 order.

14. All of the undersigned understand and agree to follow this Court's April 14, 2021 order.

[Signatures and Certifications Under Penalty of Perjury Follow]

UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL COZZI, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 21 CV 00998 |
| ) | |
| VILLAGE OF MELROSE PARK, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATION

I, Dina Serpico, Human Resources Assistant, do hereby certify under penalties of perjury with respect to Nos. 1, 2, 3(self only), 9, 12-13, and 14 in the "Declaration Pursuant to Docket Nos. 19, 23."

*Dina Serpico*
Dina Serpico

Date: April 30, 2021

UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL COZZI, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 21 CV 00998 |
| ) | |
| VILLAGE OF MELROSE PARK, ) et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATION

I, Bill Campanelli, Assistant Fire Chief, Code Enforcement, do hereby certify under penalties of perjury with respect to Nos. 3(self only), 7, 12-13, and 14 in the "Declaration Pursuant to Docket Nos. 19, 23."

_____
Bill Campanelli

Date: 4/30/21

UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL COZZI, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 21 CV 00998 |
| | ) |
| VILLAGE OF MELROSE PARK, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATION

I, Claudia Rafaelli, Code Enforcement Support Staff, do hereby certify under penalties of perjury with respect to Nos. 3(self only), 7, 12-13, and 14 in the "Declaration Pursuant to Docket Nos. 19, 23."

_____
Claudia Rafaelli

Date: 4/30/21

**UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL COZZI, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 21 CV 00998 |
| | ) |
| VILLAGE OF MELROSE PARK, ) | |
| et al., | ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATION**

I, Mayor Ronald Serpico, do hereby certify under penalties of perjury with respect to nos. 4, 12, 13, and 14 in the "Declaration Pursuant to Docket Nos. 19, 23"

_/s/ Ronald Serpico_

Ronald Serpico

Date: 4/30/21

UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL COZZI, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 21 CV 00998 |
| ) | |
| VILLAGE OF MELROSE PARK, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATION

I, Steven Rogowski, Deputy Police Chief, do hereby certify under penalties of perjury with respect to Nos. 5, 6, 8, 12-13, and 14 in the "Declaration Pursuant to Docket Nos. 19, 23."

_____
Deputy Chief Steven Rogowski

Date: 04-30-21

UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL COZZI, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 21 CV 00998 |
| | ) | |
| VILLAGE OF MELROSE PARK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATION

I, Michael Fitak, Computer Technician at Precision Repair, do hereby certify under penalties of perjury with respect to Nos. 10, 11, 13, and 14 in the "Declaration Pursuant to Docket Nos. 19, 23."

_____
Michael Fitak

Date: 4-30-21