UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Michael Cozzi, et al.

                         Plaintiff,

v.                                                     Case No.: 1:21–cv–00998
                                                     Honorable Steven C. Seeger

Village of Melrose Park, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 11, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: The Court sets the following briefing schedule on the defendants' partial motion to dismiss (Dckt. No. [25]). Plaintiffs' response is due by May 28, 2021. Defendants' reply is due by June 11, 2021. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.