# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Michael Cozzi, et al.

                            Plaintiff,

v.                                                         Case No.: 1:21–cv–00998
                                                                        Honorable Steven C. Seeger

Village of Melrose Park, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 12, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the Joint Initial Status Report (Dckt. No. [29]) and hereby adopts the proposed schedule. Fact discovery will close on February 28, 2022. Scheduling order to follow. The Court adopts the schedule proposed by Defendants for settlement discussions. Plaintiffs must make a settlement demand in writing by June 4, 2021. Defendants must respond no later than July 2, 2021. The Court encourages the parties to proceed more expeditiously if possible. By July 9, 2021, the parties must file a report on the status of settlement discussions, and must state whether there is a unanimous request for a settlement conference. The Court reminds counsel of the meet and confer requirements under the Local Rules before filing any discovery–related motions. The Court directs counsel and all parties to maintain professionalism, and act with courtesy and respect, throughout the discovery process. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.