# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL COZZI, et al. ) | |
| ) | |
| Plaintifs, ) | |
| ) | Case No. 21 CV 00998 |
| v. ) | |
| ) | Judge Steven Seeger |
| VILLAGE OF MELROSE PARK, ) | |
| Et al., ) | |
| ) | |
| Defendants. ) | |

## RULE 16(b) JOINT SCHEDULING ORDER

Pursuant to the Court's February 24, 2021, Minute Entry (ECF No. 6), Plaintiffs, Michael Cozzi, Vincent Cozzi, and Angeline Cozzi (collectively "Plaintiffs") and Defendants Village of Melrose Park, an Illinois Municipal Corporation, and Ronald Serpico, in his individual capacity, hereby submit this Joint Initial Status Report.

## SCHEDULING ORDER UNDER RULE 16(b)

The Court received the parties' Joint Initial Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Amendment to the pleadings | September 30, 2021 |
| Service of process on any "John Does" | September 30, 2021 |
| Completion of Fact Discovery | February 28, 2022 |
| Disclosure of Plaintiff's Expert Report(s) | The parties propose that they set an expert discovery schedule either immediately after any dispositive motion is decided by the Court or, if no dispositive motion is filed, immediately after the deadline for filing |

|  | passes, 45 days after the close of fact discovery (April 15, 2022). |
|---|---|
| Deposition of Plaintiff's Expert | See above. |
| Disclosure of Defendant's Expert Report(s) | See above. |
| Deposition of Defendant's Expert | See above. |
| Dispositive Motions | April 15, 2022 |

Date: May 12, 2021

Steven C. Seeger
United States District Judge