# UNITED STATES DISTRICT COURT
# IN THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL COZZI, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 21 CV 00998 |
| | ) | |
| VILLAGE OF MELROSE PARK, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ADMINISTRATIVE RECORD AS ANSWER TO COUNT V'S ADMINISTRATIVE REVIEW ACT CLAIM

### INDEX

**A. Cozzi Folder – Overview of Citation and Dates**...............Village.000001
**B. Cozzi Judgment Tickets**........................................Village.00002-000021
   1. CV4321 Issued on 12/3/2020............................................Village.000002
   2. CV4324 Issued on 12/7/2020..........................................Village.000002
   3. CV4451 Issued on 12/8/2020...........................................Village.000003
   4. CV4452 Issued on 12/9/2020............................................Village.000004
   5. CV4453 Issued on 12/10/2020.........................................Village.000004
   6. CV4454 Issued on 12/11/2020.........................................Village.000005
   7. CV4457 Issued on 12/14/2020.........................................Village.000005
   8. CV4458 Issued on 12/15/2020.........................................Village.000006
   9. CV4459 Issued on 12/16/2020.........................................Village.000006
   10. CV4460 Issued on 12/17/2020 .......................................Village.000007
   11. CV4461 Issued on 12/18/2020 .......................................Village.000007
   12. CV4465 Issued on 12/21/2020 .......................................Village.000008
   13. CV4466 Issued in 12/22/2020 .......................................Village.000008
   14. CV4467 Issued on 12/23/2021 .......................................Village.000009
   15. CV4468 Issued on 12/24/2020 .......................................Village.000010
   16. CV4473 Issued on 12/28/2020 .......................................Village.000011
   17. CV4474 Issued on 12/29/2020 .......................................Village.000011
   18. CV4551 Issued on 12/30/2020 .......................................Village.000012
   19. CV4552 Issued on 12/31/2020.......................................Village.000012
   20. CV4563 Issued on 1/4/2021 .........................................Village.000013
   21. CV4566 Issued on 1/5/2021 .........................................Village.000013

22. CV4567 Issued on 1/6/2021…………………………………………..Village.000014
23. CV4572 Issued on 1/7/2021 …………………………………………Village.000014
24. CV4573 Issued on 1/8/2021 ………………………………………….Village.000015
25. CV4353 Issued on 1/11/2021  …………………………………………Village.000016
26. CV4357 Issued on 1/12/2021 …………………………………………..Village.000016
27. CV4362 Issued on 1/13/2021 …………………………………………..Village.000017
28. CV4363 Issued on 1/14/2021 …………………………………………..Village.000017
29. CV4367 Issued on 1/15/2021 …………………………………………..Village.000018
30. CV4370 Issued on 1/19/2021 …………………………………………..Village.000018
31. CV4373 Issued on 1/20/2021…………………………………………..Village.000019

**C. December 2020 Pictures**……………………………………..Village.000020-000024
**D. January 5 Docket**……………………………………………Village.000025-000029
**E. Cozzi Dismissed Tickets**………………………………………………………Village.000030-000044

1. CV4576 Issued on 1/21/2021………………………………….Village.000030
2. CV4581 Issued on 1/22/2021 ………………………………….Village.000030
3. CV4584 Issued on 1/25/2021………………………………….Village.000031
4. CV4587 Issued on 1/26/2021  …………………………………..Village.000031
5. CV4593 Issued on 1/27/2021 ………………………………….Village.000032
6. CV4596 Issued on 1/28/2021 ………………………………….Village.000032
7. CV4626 Issued on 1/29/2021 ………………………………….Village.000033
8. CV4627 Issued on 2/1/2021 …………………………………..Village.000033
9. CV4630 Issued on 2/2/2021 …………………………………..Village.000034
10. CV4633 Issued on 2/3/2021 …………………………………..Village.000034
11. CV4636 Issued on 2/4/2021 …………………………………..Village.000035
12. CV4637 Issued on 2/5/2021 …………………………………..Village.000035
13. CV4638 Issued on 2/8/2021 …………………………………..Village.000036
14. CV4639 Issued on 2/9/2021 …………………………………..Village.000037
15. CV4640 Issued on 2/10/2021 …………………………………..Village.000038
16. CV4641 Issued on 2/11/2021 …………………………………..Village.000038
17. CV4644 Issued on 2/12/2021………………………………….Village.000039
18. CV4645 Issued on 2/16/2021 …………………………………..Village.000039
19. CV4647 Issued on 2/17/2021 …………………………………..Village.000040
20. CV4476 Issued on 2/18/2021 …………………………………..Village.000041
21. CV4478 Issued on 2/19/2021 …………………………………..Village.000041
22. CV4479 Issued on 2/22/2021 …………………………………..Village.000042
23. CV4480 Issued on 2/23/2021…………………………………..Village.000042
24. CV4481 Issued on 2/24/2021 …………………………………..Village.000043
25. CV4483 Issued on 2/25/2021…………………………………..Village.000043
26. CV4484 Issued on 2/26/2021 …………………………………..Village.000044
27. CV4485 Issued on 3/1/2021…………………………………..Village.000044

**F. February 2021 Pictures**..........................................Village.000045-000048
**G. February 2, 2021 Docket** ......................................Village.000049-000058
**H. Disparti Motion** – Dated 2/24/2021........................Village.000059-000104
**I. March 2, 2021 Docket** ...........................................Village.000105-000112
**J. March 2021 Pictures** .............................................Village.000113-000115
**K. Cozzi Findings, Decision and Order** – Dated
   3/5/2021…………………………………………………..Village.000116-000118

                        Respectfully submitted,

                        By: */s/ Cynthia S. Grandfield*
                            Cynthia S. Grandfield

K. Austin Zimmer
Cynthia S. Grandfield (ARDC No. 6277559)
DEL GALDO LAW GROUP, LLC
grandfield@dlglawgroup.com
(312) 222-7000 (t)
*Please direct all mailings to:*
1441 S. Harlem Avenue
Berwyn, Illinois 60402

3