# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Michael Cozzi, Vincent Cozzi, and Angeline Cozzi,<br><br>Plaintiffs,<br><br>v.<br><br>Vill. of Melrose Park, an Illinois Municipal Corp., Ronald Serpico,<br><br>Defendants. | Case No: 1:21-cv-00998 |

## UNOPPOSED PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSE IN OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS

Plaintiffs, Michael Cozzi et al., through their undersigned attorney, Disparti Law Group, make the following request for an extension of time up to and including June 11, 2021 to file Plaintiffs' Response in Opposition to Defendants' Partial Motion to Dismiss for the following reasons:

1. Plaintiff's Counsel discussed this Motion with Defendants' Counsel on May 27, 2021 and confirmed that there is no objection. Defendants request until June 25, 2021 to file their Reply briefs.

2. Plaintiff's Counsel has had numerous other deadlines over this over the past month, including:

   i. In *Principe v. Village of Melrose Park, et al. 1:20-cv-01545*: Throughout the month of May 2021, counsel deposed two party defendants, a 30(b)(6) witness deposition, and another witness in Melrose Park, which were all extremely preparation heavy.

Had various Rule 37 conferences and a hearing regarding privilege assertions, and research thereon that consumed much of the remainder of the week and is ongoing.

ii. In *Dillard v. DePaul*, 1:20-cv-07760, counsels propounded discovery on the Defendants and began preparing discovery responses propounded on Plaintiff.

iii. Various other state court filings, administrative cases, and responses and a state appellate brief due today.

3. Plaintiffs' counsel have substantially more time in June to complete this Response and anticipate no further requests for extension.

4. This is Plaintiff's first request for an extension of time.

5. This Motion is not for dilatory purposes, is in good faith, and is to ensure that complete, well-prepared, and well-researched Responses are filed in this matter.

6. For the foregoing reasons, Plaintiffs respectfully request that this Honorable Court grant their Motion enlarging their time to file Responses to Partial Motion to Dismiss up to and including June 11, 2021 and enlarging Defendants' time to file their Reply to Plaintiffs' Response in Opposition to Defendants' Partial Motion to Dismiss.

Dated: May 28, 2021

          Respectfully submitted,

          /s/ Gianna Scatchell

          _____
          ___Gianna Scatchell, Esq.
          Law Offices of Gianna Scatchell, Inc.
          360 West Hubbard Street, #1404
          Chicago, Illinois 60654
          P: (312) 506-5511 ext. 330
          F: (312) 846-6363
         E: gia@dispartilaw.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he served this Plaintiff's Motion for Extension of Time to file Response to Defendants' Partial Motions to Dismiss to all counsel-of-record via this Court's CM/ECF filing system on May 28, 2021, and that such counsels are registered e-filers.

/s/ Gianna Scatchell
_____