## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Michael Cozzi, et al.

            Plaintiff,

v.                   Case No.: 1:21–cv–00998
                  Honorable Steven C. Seeger

Village of Melrose Park, et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 4, 2021:

  MINUTE entry before the Honorable Sheila M. Finnegan: Telephone conferences held separately on 8/4/2021 with each side for discussion of settlement issues. By 8/18/2021, defense counsel is to report back by email or telephone conference regarding issues discussed today, so the Court can propose next steps. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.