# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Michael Cozzi, et al.

                              Plaintiff,

v.                                              Case No.: 1:21−cv−00998
                                                Honorable Steven C. Seeger

Village of Melrose Park, et al.

                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 20, 2021:

     MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the status report (Dckt. No. [61]), as well as the minute entry from Judge Finnegan (Dckt. No. [60]). The parties are not close when it comes to settlement. The fact discovery deadline of February 28, 2022 remains in place. The filing of the motion to dismiss does not stay discovery. The parties must file a status report by December 2, 2021. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.