**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Michael Cozzi, et al.
         Plaintiff,

v.                Case No.: 1:21−cv−00998
               Honorable Steven C. Seeger

Village of Melrose Park, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 10, 2021:

   MINUTE entry before the Honorable Steven C. Seeger: Brandon Theodore, a third−party deponent, filed a motion for a protective order about the scope of a deposition currently scheduled for December 15, 2021. Plaintiff's response is due by December 13, 2021. Plaintiffs must file a short explanation of the basis for asking about the sale of other parcels of property formerly owned by Plaintiffs. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.