IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Michael Cozzi, et al., | |
| Plaintiffs, | |
| v. | Case No. 2021-cv-00998 |
| VMP, Ronald Serpico, | |
| Defendants. | |

## SUGGESTION OF DEATH OF VINCENT COZZI

NOW COMES Gianna Scatchell, as counsel of record for PLAINTIFF VINCENT COZZI and states on the record pursuant to Fed. R. Civ. P 25(a)(1), the death of PLAINTIFF VINCENT COZZI on February 3, 2022.

Respectfully Submitted,

Gianna Scatchell

Gianna R. Scatchell, ESQ.
Attorney for Plaintiff
Ph: (312) 506-5511 ext. 330
Fax: (312) 846-6363
121 W. Wacker Dr., Suite 2300
Chicago, Illinois 60601
gia@dispartilaw.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 5, 2022, the foregoing document and all attachments thereto were served upon counsel for Defendants via ECF

s/Gianna Scatchell

*Electronically submitted on April 5, 2022*