## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Michael Cozzi, et al.

                Plaintiff,

v.                                    Case No.: 1:21–cv–00998

                                    Honorable Steven C. Seeger

Village of Melrose Park, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 20, 2022:

       MINUTE entry before the Honorable Steven C. Seeger: Fact discovery is currently set to close on May 20, 2022 (Dckt. No. [76]), but there a few pending discovery motions. By May 25, 2022, the parties must file a status report about discovery, and confirm whether they have completed everything except the pending issues raised in the motion. In the status report, the parties must address the status of discovery about who sent the threatening text messages anonymously. See Am. Cplt., at para. 93–94 (Dckt. No. [40]). Perhaps the phone companies have shed light on that issue. Given the threatening nature of those alleged communications, the Court is interested to know what came of that issue. If there are any other open issues, the parties can explain in their upcoming status report. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.