**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Michael Cozzi, et al.
                              Plaintiff,

v.                                                              Case No.: 1:21–cv–00998
                                                                   Honorable Steven C. Seeger

Village of Melrose Park, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 25, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: Motion hearing held on 5/25/2022 with rulings on various motions as follows: (A) Defendants' motion to compel and for protective order with respect to Angeline Cozzi [89] is granted in part and denied in part. Plaintiff Angeline Cozzi must appear for deposition on 6/17/2022 at 12:30 p.m. but only for 2 hours and the deposition will proceed in courtroom 2214 under this Court's supervision. If the deposition cannot be completed (unlikely), it will resume on 6/29/2022 at 2 p.m. in courtroom 2214. The motion is denied in that Plaintiff Michael Cozzi will be permitted to attend that deposition. (B) Plaintiffs' response and cross motion to strike Defendants' motion to compel or in the alternative for a protective order [93] is granted in part (the deposition will be overseen by this Court) but otherwise denied. (C) Defendants' motion to compel pursuant to Fed. R. Civ. P. 37 and LR 37.2 [82] is granted as to Requests 4, 5, and 6 but only for the period 7/31/2020 to present. In the unlikely event that the volume of responsive materials is large, Plaintiffs may propose a method for narrowing the materials to be produced. The motion is denied without prejudice as to Request 9. The motion was withdrawn as to Requests 7 and 8. The motion is denied in all other respects, including the request that Michael Cozzi be compelled to provide his cell phone for scanning by a designated third–party forensic discovery expert and provide passwords for each of his social media accounts to that expert. Instead, by 6/1/2022, Defendants are to provide a proposed protocol to Plaintiffs for finding and producing the discovery at issue to which Plaintiffs are to respond by 6/6/2022. If there are disputes, the parties are to file the proposed protocol(s) by 6/13/2022 so the disputes may be addressed at the next status hearing. Plaintiffs should produce the materials as soon as feasible but no later than 30 days after entry of the protocol. (D) Plaintiffs' response and cross motion to strike Defendants' motion to compel and for sanctions against defense counsel, or in the alternative for a protective order [83] is denied; however, Plaintiffs may renew their request to seal exhibits to Defendants' motion provided the information in them is not otherwise public. Telephone status hearing is set for 6/15/2022 at 10:30 a.m. The toll–free number for the next hearing is 877–336–1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.