**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Michael Cozzi, et al.

                          Plaintiff,

v.                                          Case No.: 1:21–cv–00998
                                          Honorable Steven C. Seeger

Village of Melrose Park, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 1, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the status reports (Dckt. Nos. [97], [99]), as well as the ruling by Judge Finnegan about a few wrap−up discovery items. The parties must file a status report by July 8, 2022, if not before. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.