UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL COZZI, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 21 CV 00998 |
| | ) | |
| VILLAGE OF MELROSE PARK, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' PROPOSED PROTOCOL**

NOW COME the Defendants, the VILLAGE OF MELROSE PARK and Mayor RONALD SERPICO, by and through its attorney Cynthia S. Grandfield of Del Galdo Law Group, LLC and in relation to the Proposed Protocol states:

1. Attached as *Exhibit 1* is the proposed protocol sent to Plaintiffs' counsel on June 1, 2022 via email.

2. The Defendants believe that the proposed protocol attached as *Exhibit 1* is sound. It does not require the Plaintiffs to turn over anything to a "designated third-party" as requested in the alternative in Defendants' motion to compel but does require Plaintiffs to select an independent custodian of their choosing to perform the searches to ensure that it is produced in its native format, particularly as Plaintiffs have had difficulty with this before and because of the need to use certain methods such as "screen capturing," and that all responsive information is retrieved. The qualifications of the custodian were kept purposefully broad as "appropriate and requisite technical knowledge." It further specifies that the

1

Defendants' counsel will never have possession of any information obtained by the independent custodian that is non-responsive.

    3. However, the Defendants have also attached an "Alternate Proposed Protocol" as *Exhibit 2* that is the same except that all provisions referring to an independent custodian are deleted should the Court determine that is more appropriate.

                                            Respectfully submitted,
                                            Defendants

                                            By: */s/ Cynthia S. Grandfield*
                                                Cynthia S. Grandfield

K. Austin Zimmer
Cynthia S. Grandfield (ARDC No. 6277559)
DEL GALDO LAW GROUP, LLC
grandfield@dlglawgroup.com
(312) 222-7000 (t)
*Please direct all mailings to:*
1441 S. Harlem Avenue
Berwyn, Illinois 60402