# UNITED STATES DISTRICT COURT
# IN THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL COZZI, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 21 CV 00998 |
| ) | |
| VILLAGE OF MELROSE PARK, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### Proposed Discovery Protocol

1. With respect to Facebook, Instagram and, Snapchat, an independent custodian with appropriate and requisite technical knowledge selected by Plaintiff shall login using the credentials of Michael Cozzi and download all data. The data shall then be reviewed for responsive posts from July 31, 2020 to present.

2. With respect to TikTok, an independent custodian with appropriate and requisite technical knowledge selected by Plaintiff shall login using the credentials of Michael Cozzi and use screen capturing software to capture the data produced on the screen. The data shall then be reviewed for responsive posts from July 31, 2020 to present.

3. With respect to video, all video must be produced in its native format so that the properties of the video, including date and time of recording and any editing of same, are viewable to the extent available and all metadata, including but not limited to GPS data, EXIF data, and XMP data. An independent custodian with appropriate and requisite technical knowledge, shall conduct a manual search for all responsive videos.

4. With respect to all email, an independent custodian with appropriate and requisite technical knowledge shall be provided login information and conduct a search for all emails related to the topics identified and download all emails in native format or in the most reasonably accessible format that demonstrates the sender, recipient, date and time. Depending on the volume of emails, the Village suggests if the amount of emails to search is not high to

simply conduct a manual search. The Village also offers the following suggested search terms: (a) Village; (b) Mayor; (c) Melrose; (d) citations; (e) chairs; (f) Serpico; (g) police; (h) Code Enforcement; (i) Billy; (j) Campanelli; (k) continuance; (l) fines; (m) lien; (n) hearing officer; (o) Melrose Park; (p) VMP; (q) "Village of Melrose Park"

5. All video and social media responsive documents and data shall be copied, processed, and produced in a forensically sound method that alters the native format and other properties as little as possible. Use of Google shall not be permitted as Google allows and provides for the alteration and deletion of certain metadata.

6. Prior to turning over responsive documents and data for the requests for production at issue, Michael Cozzi's counsel shall review all documents and data for privilege. To the extent any privileged material is returned in the search, Cozzi's counsel shall produce a privilege log.

7. Prior to performing a search of relevant social media, Michael Cozzi shall identify and un "hide" all posts to the independent custodian to ensure all relevant posts are produced. A list of all un "hidden" posts that are responsive shall be provided to the Village upon production of same.

8. An independent custodian shall also review Michael Cozzi's cellphone(s), laptop, computer, or any other digital device for any responsive data or documents to the requests at issue. This shall include any and all deleted data to the extent that it is responsive and accessible without the use of extraordinary methods. Any and all data recovered that is responsive shall be copied and processed using a tool accepted by US Courts such as Magnet Axiom.

9. An independent custodian shall not include: (a) Cozzi's attorney; (b) any employee of Cozzi's attorney's law firm; (c) any other individual with a financial interest in the outcome of the litigation (other than any fee they might receive for performing said search); or (d) any individual that is or was represented by Cozzi's attorney of Cozzi's attorney's law firm in any litigation on their behalf; (e) Michael Cozzi himself.

10. The independent custodian shall produce an affidavit identifying that production is complete to the best of his or her knowledge and abilities and what qualifications they possess so as to demonstrate appropriate and requisite technical knowledge. With respect to email, the custodian shall

identify what search terms or methods were used to conduct the search and ensure that all relevant email was produced.

                                            Respectfully submitted,

                                            By: */s/ Cynthia S. Grandfield*
                                                   Cynthia S. Grandfield

K. Austin Zimmer
Cynthia S. Grandfield (ARDC No. 6277559)
DEL GALDO LAW GROUP, LLC
grandfield@dlglawgroup.com
(312) 222-7000 (t)
*Please direct all mailings to:*
1441 S. Harlem Avenue
Berwyn, Illinois 60402

EXHIBIT 1