UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Michael Cozzi, et al.
                                  Plaintiff,

v.                                                           Case No.: 1:21–cv–00998
                                                                Honorable Steven C. Seeger

Village of Melrose Park, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 15, 2022:

       MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge telephone status hearing held on 6/15/2022. To the Court's surprise, the parties have not agreed on the terms of a protocol. In its 5/25/2022 order, the Court stated (in part): "by 6/1/2022, Defendants are to provide a proposed protocol to Plaintiffs for finding and producing the discovery at issue to which Plaintiffs are to respond by 6/6/2022. If there are disputes, the parties are to file the proposed protocol(s) by 6/13/2022 so the disputes may be addressed at the next status hearing." Despite receiving the proposed protocol on 6/1/2022, Plaintiffs' counsel did not respond in any manner until shortly before midnight on 6/13/2022 she emailed defense counsel for clarification about a key term that appeared inconsistent with the Court's ruling. The parties had no other communications about the protocol prior to today's hearing and neither side filed it. Defendants argued that the protocol should be entered in its current form since Plaintiffs never requested any changes by the deadline. Plaintiffs' counsel said she somehow misunderstood the order and believed she had until 6/13/2022 to do this. Defendants are to file the protocol for the Court's review. If necessary, the Court will hold a hearing on the protocol on 6/17/2022 immediately after the two–hour court–supervised deposition of Angeline Cozzi that begins at 12:30 p.m. in courtroom 2214. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.