UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Michael Cozzi, et al.

                        Plaintiff,

v.                                             Case No.: 1:21–cv–00998
                                                           Honorable Steven C. Seeger

Village of Melrose Park, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 17, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge status hearing held on 6/17/2022 regarding proposed search protocol that Plaintiffs are to use to find and produce discovery discussed during the 5/25/2022 hearing. The protocol to be used and that is now entered by operation of this order is the Alternate Proposed Discovery Protocol [101–2]. Plaintiffs now have 30 days (until 7/18/2022) to respond to the discovery requests and produce responsive materials. Telephone status hearing is set for 7/21/2022 at 10 a.m. for the parties to confirm that discovery has been completed. The toll–free number for the next hearing is 877–336–1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.