# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL COZZI, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 21 CV 00998 |
| ) | |
| VILLAGE OF MELROSE PARK, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## STATUS REPORT PURSUANT TO DKT. NO. 100

Pursuant to the Court's June 1, 2022, Minute Entry (Dkt. No. 100), Plaintiffs, Michael Cozzi, Vincent Cozzi, and Angeline Cozzi (collectively "Plaintiffs") and Defendants Village of Melrose Park, an Illinois Municipal Corporation, and Ronald Serpico, in his individual capacity, hereby submit this Joint Settlement Status Report.

1. **Docket Number 100:** On June 1, 2022, the Court entered an order for the parties file an additional status report on or before July 8, 2022.

2. **Status of Discovery**

    a. Plaintiff, Mrs. Cozzi's Deposition took place on June 17, 2022, and June 29, 2022 before Judge Finnegan.

    b. Plaintiff has withdrawn several topics on the Rule 30(b)(6) deposition. The parties still have some outstanding issues regarding the provided topic areas and are working to resolve this deposition and expect to do so by the end of July.

    c. Pursuant to Judge Finnegan's court order (Dkt. 103), Plaintiff retained a third-party ESI consultant to obtain the discovery from Plaintiff, Michael Cozzi

1

pursuant to the Alternate Proposed Discovery Protocol [101-2], which Plaintiffs are to produce responsive documents to Defendants by July 18, 2022.

d. Subpoena to Jeremy Kang: Based on Plaintiff's subpoena to Jeremy Kang (burner phone retailer), he responded in late June 2022 that he sold the sim card associated with the phone number on April 16, 2016 and indicated that he sold it to the following retailer: Sierra Technologies 110 S. Neltnor Blvd, Suite 6, West Chicago, IL 60185  Tel. 331-240-2199. Plaintiff requests leave to issue a subpoena to Sierra Technologies.

e. Status of the Probate Estate of the late Vincent Cozzi: This matter is still pending and has an initial court date (Opening Case Management Hearing) on July 13, 2022 at 10:15 AM before the Honorable Kent A. Delgado in Room 1802 in the Richard J. Daley Center.

3. **Settlement Discussion:**

No additional talks of settlement have occurred.

Dated: July 8, 2022

Respectfully submitted,

By: */s/ Gianna R. Scatchell*

Gianna Scatchell
NaVarrio Wilkerson
Disparti Law Group
121 West Wacker Drive, Suite 2300
Chicago, Illinois 60601
Phone: (312) 506-5511 ext. 330

By: */s/Cynthia S. Grandfield*

Cynthia Grandfield
K. Austin Zimmer
Del Galdo Law Group, LLC
1441 South Harlem Avenue
Berwyn, Illinois 60402
P: (312) 222-7000

2

E: gia@dispartilaw.com

E: navarrio@dispartilaw.com

*Attorneys for Plaintiff*

grandfield@dlglawgroup.com

zimmer@dlglawgroup.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

PLEASE TAKE FURTHER NOTICE that on July 8, 2022 the undersigned caused the parties Joint Status Report to be filed via ECF.

s/ Gianna Scatchell

Gianna R. Scatchell, Esq.

DISPARTI LAW GROUP, P.A.

121 W. Wacker Drive, Suite 2300

Chicago, Illinois 60601

P: (312) 506-5511 ext. 330

F: (312) 846-6363

E: gia@dispartilaw.com

3