**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL COZZI, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 21 CV 00998 |
| ) | |
| VILLAGE OF MELROSE PARK, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT PURSUANT TO DKT. NO. 130**

Pursuant to the Court's February 21, 2023, Minute Entry (Dkt. No. 130), Plaintiffs, Michael Cozzi, Vincent Cozzi, and Angeline Cozzi (collectively "Plaintiffs") and Defendants Village of Melrose Park, an Illinois municipal corporation, and Ronald Serpico, in his individual capacity, hereby submit this Joint Status Report with respect to status Angeline Cozzi's Estate:

1. Counsel for the parties have conferred in good faith and discussed possibilities with respect to settlement, including the Plaintiffs making an initial demand and the Defendants having made an offer at this stage in the proceedings.

2. Since the last status report:

    a. Vince Valente, the successor trustee named in Angeline Cozzi's Will, agreed to act as the executor of Angeline Cozzi's Estate.

    b. Phillip May, the attorney handling Angeline Cozzi's Estate, filed an emergency motion to open Angeline Cozzi's Estate on an expedited basis.

1

    c. Attorney May informed Plaintiff's counsel that Angeline Cozzi's Estate was opened on March 15, 2023 (2023-P-001595) and is pending before the Honorable Daniel O. Tiernan.

3. Attorney May will forward the letters of office and order appointing Mr. Valente as the executor to Plaintiff's counsel once he receives them from the court.

4. The Parties apologize that the Joint Status Report was not timely filed, but assert it was a matter of inadvertence and the parties have acted expeditiously and in good faith to get the JSR submitted.

5. As such, the parties respectfully request that they be given until March 24, 2023, to file a follow-up status report with the Court and advise if a referral to the magistrate judge for purposes of settlement would be helpful.

Respectfully submitted,

By: */s/ Gianna R. Scatchell*
Gianna Scatchell
Cass T. Casper
NaVarrio Wilkerson
Nicollette Haines
Disparti Law Group
121 West Wacker Drive, Suite 2300
Chicago, Illinois 60601
Phone: (312) 506-5511 ext. 330
E: gia@dispartilaw.com
E: ccasper@dispartilaw.com
E: navarrio@dispartilaw.com
*Attorneys for Plaintiff*

By: */s/ Cynthia S. Grandfield*
Cynthia Grandfield
K. Austin Zimmer
Del Galdo Law Group, LLC
1441 South Harlem Avenue
Berwyn, Illinois 60402
P: (312) 222-7000
grandfield@dlglawgroup.com
zimmer@dlglawgroup.com
*Attorney for Defendants*

2