**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL COZZI, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 21 CV 00998 |
| ) | |
| VILLAGE OF MELROSE PARK, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT PURSUANT TO DKT. NO. 134**

Pursuant to the Court's April 14, 2023, Minute Entry (Dkt. No. 134), Plaintiffs, Michael Cozzi, Vincent Cozzi, and Angeline Cozzi (collectively "Plaintiffs") and Defendants Village of Melrose Park, an Illinois municipal corporation, and Ronald Serpico, in his individual capacity, hereby submit this Joint Status Report with respect to status Angeline Cozzi's Estate:

1. Counsel for the parties have conferred in good faith and discussed possibilities with respect to settlement, including the Plaintiffs making an initial demand and the Defendants having made an offer at this stage in the proceedings.

2. Since the last status report:

   a. Phillip May, the attorney handling Angeline Cozzi's Estate, drafted the letter attached as Exhibit 1 addressing the Plaintiff's authority to act on behalf of Angeline Cozzi's Estate.

   b. Angeline Cozzi's Estate was opened on March 15, 2023 (2023-P-001595) and is pending before the Honorable Daniel O. Tiernan.

1

    c. Based upon Vincent Cozzi's passing prior to offering any testimony in this matter, the Plaintiffs intend to dismiss him from the lawsuit.

3. The Parties agree to proceed before Magistrate Judge Finnegan for a mediation.

4. As such, the parties respectfully request that they be given until May 1, 2023, to file a follow-up status report with the Court to schedule a mediation before Judge Finnegan.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Gianna R. Scatchell* | By: */s/ Cynthia S. Grandfield* |
| Gianna Scatchell | Cynthia Grandfield |
| Cass T. Casper | K. Austin Zimmer |
| NaVarrio Wilkerson | Del Galdo Law Group, LLC |
| Nicollette Haines | 1441 South Harlem Avenue |
| Disparti Law Group | Berwyn, Illinois 60402 |
| 121 West Wacker Drive, Suite 2300 | P: (312) 222-7000 |
| Chicago, Illinois 60601 | grandfield@dlglawgroup.com |
| Phone: (312) 506-5511 ext. 330 | zimmer@dlglawgroup.com |
| E: gia@dispartilaw.com | *Attorney for Defendants* |
| E: ccasper@dispartilaw.com | |
| E: navarrio@dispartilaw.com | |
| *Attorneys for Plaintiff* | |