UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Michael Cozzi, et al.
                        Plaintiff,

v.                                                       Case No.: 1:21−cv−00998
                                                       Honorable Steven C. Seeger

Village of Melrose Park, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 24, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the status report. (Dckt. No. [135]) Plaintiffs intend to drop the estate of Vincent Cozzi from the case, given that he passed away before his deposition. The parties seek a settlement conference. This case is referred to Magistrate Judge Finnegan for the purpose of holding proceedings related to settlement. The parties must file a status report no later than one week after the completion of the settlement conference. The Court encourages the parties to take a wide−eyed view of the merits of the case, and consider the likelihood of success on the merits, the risks of litigation, and the potential outcomes at trial. Take a moment of quiet reflection about how a jury might see this case. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.