# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michael Cozzi, et al.

                    Plaintiff,

v.

Village of Melrose Park, et al.

                    Defendant.

Case No.: 1:21–cv–00998
Honorable Steven C. Seeger

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 26, 2023:

      MINUTE entry before the Honorable Sheila M. Finnegan: At Defendants' request and by agreement, the settlement conference set on 6/6/2023 is reset to 6/8/2023 at 11:00 a.m. The letter exchange dates to remain. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.