**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Michael Cozzi, et al.
                                  Plaintiff,

v.                                                        Case No.: 1:21−cv−00998
                                                                           Honorable LaShonda A. Hunt

Village of Melrose Park, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 8, 2023:

      MINUTE entry before the Honorable Sheila M. Finnegan: Settlement conference held on 6/8/2023. The parties reached a settlement agreement in principle subject to approval by the Melrose Park Board. Defense counsel is to promptly draft and circulate settlement documents. By 6/22/2023, counsel are to send an update to the Court (at chambers_finnegan@ilnd.uscourts.gov). Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.